FRATERNAL AID UNION v. WHITEHEAD.

[88 South. 274, No. 21472.]

APPEAL AND ERROR. *Decision by division not transferred to court in banc on suggestion of error.*

This court when working in divisions will not transfer a suggestion of error filed against an opinion decided by a division to the court *in banc* on motion of the litigant, but will use its own discretion as to whether it will do so.

Motion to transfer to court *in banc*. Overruled.
For original opinion, see 87 So. 453.

ON MOTION.

Ethridge, J., delivered the opinion of the court.

This is a motion filed by the appellant to transfer the suggestion of error to the court *in banc* on the ground that the effect of the previous decision (87 So. 453) is to destroy section 20 of chapter 206, Laws of 1916, on the ground that it is unconstitutional. Counsel misunderstood the decision heretofore rendered. It does not hold section 20 of chapter 206, Laws 1916, void, nor does it impair or abridge that section. The trouble is that section 106 of the constitution and by-laws of the appellant does not conform to what is authorized by section 20 of chapter 206, Laws 1916. The section of the constitution of appellant is much broader than what is authorized by the statute of the state above quoted. This court, when working in divisions, will not transfer a suggestion of error to the court *in banc* at the instance of the litigant. It will do so of its own motion when it seems to it proper to do so.

*Overruled.*